No. 10–6618. BANEY v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motion of petitioner for reconsideration of order

denying leave to proceed *in forma pauperis* [*ante*, p. 1001] denied. Motion for leave to proceed as a veteran granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these motions and this petition. 